# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NATALIE EGBERTO, and SARA SMITH, ) 3:08-cv-00312-HDM-VPC
individually, jointly and on )
behalf of RICKY EGBERTO, )
) ORDER
             Plaintiffs, )
)
vs. )
)
E.K. MCDANIEL, et al., )
)
             Defendants. )
_____ )

Before the court is plaintiff Natalie Egberto's objection (#122) to defendants' response (#118) to this court's March 25, 2010 order (#116). Plaintiff Sara Smith has joined in the objections (#125).

The response (#118) and objections (#122 and #125) concern Sara Smith's visitation privileges and the production of documents contained in Ricky Egberto's prison visitation file.

At a discovery status conference on May 5, 2010, Magistrate Judge Valerie Cook addressed defendants' response (#118). The

defendants were directed to provide a declaration from the prison's custodian of records regarding the production of Ricky Egberto's visitation file. (See Docket #123)  Defendants complied and filed a declaration on May 19, 2010 (#126).

Based on the record before this court and good cause appearing therefrom, plaintiffs' objections (#122 and #125) are hereby DENIED.

IT IS SO ORDERED.

DATED: This 25th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE