1

2

3

4

5

6

7

8

9                     **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12   NATALIE EGBERTO, and SARA SMITH, )        3:08-cv-00312-HDM-VPC
     individually, jointly and on   )
13   behalf of RICKY EGBERTO,         )
                                      )        ORDER
14                  Plaintiffs,       )
                                      )
15   vs.                             )
                                      )
16   E.K. MCDANIEL, et al.,           )
                                      )
17                  Defendants.       )
     _____)

18

19        Defendants have filed a motion for extension of time in which

20   to respond to plaintiffs Natalie Egberto and Ricky Egberto's motion

21   for summary judgment (#140) and a motion for extension of time in

22   which to respond to plaintiff Sara Smith's motion for summary

23   judgment (#141).  Any oppositions to these motions for extensions

24   of time must be filed by Wednesday, July 21, 2010.

25        IT IS SO ORDERED.

26        DATED: This 14th day of July, 2010.

27

28                           _Howard D M<sup>c</sup>Kibben_
                             _____
                             UNITED STATES DISTRICT JUDGE