1

2

3

4

5

6

7

8

9

10

11 **UNITED STATES DISTRICT COURT**

12 **DISTRICT OF NEVADA**

13

14 NATALIE EGBERTO, and SARA SMITH, )          3:08-cv-00312-HDM-VPC
   individually, jointly and on      )
15 behalf of RICKY EGBERTO,          )
                                      )          ORDER GRANTING MOTION TO
16          Plaintiffs,              )          TERMINATE COUNSEL
                                      )
17 vs.                               )
                                      )
18 E.K. MCDANIEL, et al.,            )
                                      )
19          Defendants.              )
   _____)

20

21     On July 12, 2010, plaintiff Sara Smith moved this court to

22 issue an order terminating the representation of her attorney of

23 record Marc Picker and gave notice of her intent to proceed pro se

24 in all subsequent proceedings. (#138)

25     On July 14, 2010, attorney Marc Picker filed his non-

26 opposition to plaintiff Sara Smith's motion and a notice of

27 attorney's lien. (#143)

28     Both plaintiff Sara Smith and attorney Marc Picker indicate

   the attorney-client relationship has been irretrievably broken.

Accordingly, plaintiff Sarah Smith's motion to terminate counsel (#138) is hereby GRANTED.

IT IS SO ORDERED.

DATED: This 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE