1

2

3

4

5

6

7

8

9                           **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

12   NATALIE EGBERTO, and SARA SMITH, )        3:08-cv-00312-HDM-VPC
     individually, jointly and on  )
13   behalf of RICKY EGBERTO,        )
                                      )        ORDER
14                  Plaintiffs,       )
                                      )
15   vs.                              )
                                      )
16   E.K. MCDANIEL, et al.,           )
                                      )
17                  Defendants.       )
     _____ )
18

19       Defendants have filed a motion for leave to file exhibits

20   under seal (#133).  Defendants ask that exhibits A, B, C, D, E, F,

21   H, I, and J in support of their motion for summary judgment be

22   filed under seal pursuant to Federal Rule of Civil Procedure 7 and

23   Local Rule 7-2.  The motion is unopposed. Defendants' motion (#133)

24   is hereby GRANTED.

25       IT IS SO ORDERED.

26       DATED: This 17th day of November, 2010.

27

28                       *Howard D McKibben*
                         _____
                         UNITED STATES DISTRICT JUDGE