AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

NATALIE EGBERTO and SARA SMITH
individually, jointly and on
behalf of RICKY EGBERTO,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                                                            CASE NUMBER: **3:08-CV-00312-HDM-VPC**

E.K. MCDANIEL, individually and
in his official capacity as
Warden of the Ely State Prison;
HOWARD SKOLNIK, individually and
in his official capacity as
Director of the Nevada Department
of Corrections,

      Defendants.

   __   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   __   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (#134) is GRANTED, that plaintiff Sara Smith's motion for summary judgment (#132) is DENIED, and that plaintiffs Natalie and Ricky Egberto's motion for summary judgment (#131) is DENIED.

   March 29, 2011                                                  **LANCE S. WILSON**
                                                                              Clerk

                                                                         /s/ D. R. Morgan
                                                                           Deputy Clerk