**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE EGBERTO, and SARA SMITH, individually, jointly and on behalf of RICKY EGBERTO,<br><br>                Plaintiffs,<br><br>vs.<br><br>E.K. MCDANIEL, et al.,<br><br>                Defendants. | 3:08-cv-00312-HDM-VPC<br><br>ORDER |

    A notice of appeal [Docket No. 163] has been filed in this case. As such, this court is divested of jurisdiction to consider the following pending motions: Docket Numbers 160, 161, 165, and 166.

    IT IS SO ORDERED.

    DATED: This 14th day of April, 2011.

                                           _____
                                           UNITED STATES DISTRICT JUDGE