1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE EGBERTO, and SARA SMITH, individually, jointly and on behalf of RICKY EGBERTO, ) ) ) | 3:08-cv-00312-HDM-VPC |
| Plaintiffs, ) ) | ORDER |
| vs. ) ) | |
| E.K. MCDANIEL, et al., ) ) | |
| Defendants. ) | |

The court hereby *sua sponte* corrects a clerical error discovered in its March 28, 2011 order [Docket No. 158] granting defendants' motion for summary judgment and denying plaintiffs' motions for summary judgment. A notice of appeal [Docket No. 163] was filed in this case on April 13, 2011. However, the court retains limited jurisdiction to correct "clerical" or "ministerial" errors involving the matter appealed. *In re Thorp*, 655 F.2d 997 (9th Cir. 1981) (District Court retains jurisdiction to "correct

clerical mistakes").  Accordingly, the omission error in "See Egberto Mot. Summ. J. 16, Exs.  -PP." located on page 29 at lines 1 and 2 of the order [Docket No. 158] is corrected to read "See Egberto Mot. Summ. J. 16, Exs. N-PP."

    IT IS SO ORDERED.

    DATED: This 14th day of April, 2011.

    */s/ Howard D. McKibben*
    UNITED STATES DISTRICT JUDGE